160 A.3d 760

Leroy N. BERRY, Lawrence H. Duppins, William J. Malizia, Jr., Aaron J. Stanford on Behalf of Themselves and All Others Similarly Situated, Petitioners

v.

CITY OF PHILADELPHIA, Respondent

No. 276 EAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal is DENIED.